## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TONY RUIZ**                                                                           **PLAINTIFF**
**ADC #157474**

**v.**                                    **Case No. 4:23-cv-00928-KGB**

**JAMES GIBSON,** *et al.*                                                              **DEFENDANTS**

### ORDER

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13).  The Court has reviewed the Recommendation (*Id.*).  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se* plaintiff Tony Ruiz's amended complaint is dismissed without prejudice (Dkt. No. 11).  Judgment will be entered accordingly.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge